**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **11-31879-LMI**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Jorge Romero                                 CO-DEBTOR: Isabel Romero
Last Four Digits of SS# xxx-xx-0996                  Last Four Digits of SS# xxx-xx-6390

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __36__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

  A. $ 116.66       for months   1   to  36  ;
  B. $_____     for months _____ to _____;
  C. $_____     for months _____ to _____  in order to pay the following creditors:

Administrative:   Attorney's Fee   $ 3,750.00 + $500.00 (Motion to Value) = $4,250.00
                  TOTAL PAID       $2,500.00
                  Balance Due      $ 1,750.00  payable $ 97.23 month (Months  1  to  18 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. n/a                                     Arrearage on Petition Date $_____
Address _____                 Arrears Payment $_____/month (Months____ to ___)
         _____                Arrears Payment $_____/month (Months____ to ___)
         _____                Regular Payment $_____/month (Months____ to ___)

2. _____                      Arrears Payment $_____
   _____                      Arrears Payment $_____/month (Months____ to ___)
   _____                      Regular Payment $_____/month (Months____ to ___)
                                           Arrears Payment $_____/month (Months____ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| JP Morgan Chase<br>Loan No. xxxxx4523<br>Prop Add: 8001 NW 174th Terr<br>Hialeah, FL 33015 | Homestead Property<br>$155,247.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a _____   Total Due $_____
                                 Payable $_____/month (Months ____ to ___)

Unsecured Creditors: Pay $ 7.77 month (Months  1  to  18  ). Pay $105.00/mo (Mos 19 to 36)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtors are paying Nation Star Mortgage (Loan#xxxx9530) and Space Coast (Loan#xxxx4005) directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez_____
ROBERT SANCHEZ, ESQ.
Attorney for debtors
Date: 08/18/11