# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:

                                                **Case No. 11-31879-BKC-LMI**

Jorge Romero                                       Chapter 13
Isabel Romero

                *Debtor(s)*     /

## MIAMI–DADE COUNTY TAX COLLECTOR'S NOTICE
## TO DEBTOR OF ADDITIONAL CREDITORS

     Fernando Casamayor, as Tax Collector of Miami–Dade County, Florida, hereby gives notice that the following certificate holder(s) purchased at auction, the pre-petition, secured, real property tax liens of the Miami-Dade County Tax Collector, pursuant to Chapter 197, Florida Statutes.

| **Certificate Holder** | **Number** | **Amount** | **Date** | **Rate**** | **Folio Number** | **Tax Years** |
|---|---|---|---|---|---|---|
| #2218-Wells Fargo Bank OBO Tax Liens SE | 09-33173 | $1,936.74 | 06/10 | 0.25% | 30-2011-079-4040 | 2009 |
| #38589-TFLTC, LLC | 10-28189 | $1,015.92 | 06/11 | 0.25% | 30-2011-079-4040 | 2010 |

     The certificate amount reflects the certificate amount due as of the date on this form. The claim of the Miami–Dade County Tax Collector, if any, is specifically set forth on a separate Proof of Claim and <u>does not include</u> the amounts due the certificate holder(s) identified herein.  \*\**The tax certificate shall be redeemed at the interest rate due or the five percent (5%) mandatory charge, whichever is greater, F.S. 197.472 (2).*  The addresses of the certificate holders are set forth in the Certificate of Service.

### CERTIFICATE OF SERVICE

     **I HEREBY** certify that a true and correct copy of the foregoing has been provided by U.S. Mail or Email:
**Chapter 13 Trustee:**  Nancy N Herkert, e2c8f01@ch13herkert.com
**Attorney for the Debtor:**  Robert Sanchez, Esq., court@bankruptcyclinic.com
**Certificate Holder:** #2218-Wells Fargo Bank OBO Tax Liens SE, P.O. Box 741307, Atlanta, GA 30384-1307
                        #38589-TFLTC, LLC, 4401 Eastgate Mall, San Diego, CA 92121

                                                  Fernando Casamayor, Tax Collector
                                                  Miami-Dade County, FL
                                                  This 25th day of August 2011

                                                  By: _____/S/_____
                                                  `Priscilla Windley`
                                                  Paralegal Collection Specialist
                                                  Miami Dade Bankruptcy Unit
                                                  140 West Flagler Street, Suite 1403
                                                  Miami, FL  33130-1575
                                                  **(305) 375-4679    FAX (305) 375-1142**
                                                  E-Mail:   WINDLEY@MIAMIDADE.GOV
                                                  MDTCBKC@miamidade.gov

```
 DTXM1010         * *  REAL ESTATE DELINQUENT TAX SYSTEM * *    CURR DATE   08/25/2011
                              FOLIO INQUIRY                     AS OF DATE  08/23/2011
 COLL M/Y 08/2011  FOLIO 30 20110794040       MEMO PAD: PF8

 CERT/TXDD   2010 00028189 05 2009 00033173 05 2007 00041450 01
 STATUS           OPEN               OPEN               PAID
 BYR/INT RT     038589    .25      002218    .25      007318   4.00
 FACE VALUE            967.54            1844.51            2774.14
 PARTIAL PMT
 INT AMOUNT             48.38              92.23
 FEES
 REDEMPT DUE          1015.92            1936.74
                 I   H              I   H              I   H
                                                        _   _
                         BILL               BILL
 MAILING INFORMATION                            TX DEED TOT                      .00
 JORGE L ROMERO &W ISABEL H                     TX DEED INT TOT                  .00
                                                CERT TOT                     2812.05
 7010 NW 186 ST #5-502                          CERT INT TOT                  140.61
 MIAMI FL               330153117               EXTRA FEES                       .00
 PRINTER: NTAXTXP1                              GRAND TOTAL DUE              2952.66
 PF1 OR CLEAR=MENU;PF2=CERT/TXDD INQ;PF3=BKAS/ENT REF;PF4=LEGAL INQ;PF5=BILL;
PF6=LIST CERT TO BUYER;PF7=HIST;PF8=MEMO;PF9=SPL/GRP;PF10=VIEW BILL;ENTER=MORE
*** INQUIRY IS COMPLETE, ALL CERTIFICATES AND DEEDS HAVE BEEN DISPLAYED ***
```

Date: 8/25/2011 Time: 11:44:56 AM

```
 DTXM2010    * *   REAL ESTATE DELINQUENT TAX SYSTEM   * *    CURR DATE   08/25/2011


            B U Y E R S   F I L E - INQUIRY


        B U Y E R    N U M B E R   002218     T A X   I D                CORP.:
                                               S U F F I X    01

        N A M E      WELLS FARGO BANK OBO TAX LIENS SE

        C / O

        S T R E E T       P. O. BOX 741307

                          CITY                       S,Z
                          ATLANTA                    GA303841307


        ADDRESS SAME AS T A X  I D:    N

 MENU=PF1 OR CLEAR;
```

Date: 8/25/2011 Time: 3:35:07 PM

```
 DTXM2010    * *   REAL ESTATE DELINQUENT TAX SYSTEM   * *    CURR DATE  08/25/2011


           B U Y E R S   F I L E  - INQUIRY        MEMO PAD=PF8


        B U Y E R    N U M B E R    038589      T A X    I D              CORP.:
                                                S U F F I X    01

        N A M E      TFLTC, LLC

        C / O

        S T R E E T         4401 EASTGATE MALL

                            CITY                      S,Z
                            SAN DIEGO                 CA     92121


        ADDRESS SAME AS T A X  I D:

 MENU=PF1 OR CLEAR;
```

Date: 8/25/2011 Time: 11:43:39 AM