**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **11-31879-LMI**

☐ _____2nd_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Jorge Romero                           CO-DEBTOR: Isabel Romero
Last Four Digits of SS# xxx-xx-0996            Last Four Digits of SS# xxx-xx-6390

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __36__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

    A.    $ 116.66 for months 1 to 36 ;
    B.    $_____ for months _____to_____;
    C.    $_____ for months _____to_____ in order to pay the following creditors:

Administrative:    Attorney's Fee  $ 3,750.00 + $500.00 (Motion to Value) = $4,250.00
                    TOTAL PAID   $2,500.00
                    Balance Due    $ 1,750.00  payable $ 97.23 month (Months  1  to 18 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. n/a                                   Arrearage on Petition Date $_____
Address _____                       Arrears Payment $_____/month (Months____ to ___)
        _____                       Arrears Payment $_____/month (Months____ to ___)
        _____                       Regular Payment $_____/month (Months____ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| JP Morgan Chase Loan No. xxxxx4523 Prop Add: 8001 NW 174th Terr Hialeah, FL 33015 | Homestead Property $155,247.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a _____               Total Due $_____
                                Payable $_____/month (Months ____ to ___)

Unsecured Creditors: Pay $ 7.77 month (Months  1  to  18 ). Pay $105.00/mo (Mos 19 to 36)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtors are paying Nation Star Mortgage (Loan#xxxx9530) and Space Coast (Loan#xxxx4005) directly outside the plan. The debtors surrender their interest in the property located at: 7010 NW 186 St, #5-502, Miami, FL 33015, which is financed with GMAC Mortgage (Loan No. xxxxxxx3373), GMAC Mortgage (Loan #xxxxxxx9620) and Coral Gate West Condo Assoc. The debtors will modify their chapter 13 plan to provide for the distribution of funds recovered from their pending lawsuit, which are not exempt to the unsecured creditors.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez_____
ROBERT SANCHEZ, ESQ.
Attorney for debtors
Date: 12/06/11