UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:
JORGE ROMERO &
ISABEL ROMERO,
    Debtor(s).
_____/

CASE NO. 11-31879-LMI
Chapter 13

## NOTICE OF CHANGE OF ADDRESS

The undersigned counsel hereby gives notice of change of address for Debtor's Attorney as follows:

**ROBERT SANCHEZ, P.A.**
**355 W 49th Street.**
**Hialeah FL 33012**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent this 1st day of June 2012 via ecf and/or regular mail to: Nancy N. Herkert, Trustee, P.O Box 279806, Miramar, FL 33027; A.U.S.T. 51 SW 1st Avenue, Miami, FL 33130: and to all parties on the mailing matrix.

**ROBERT SANCHEZ, P.A.**
355 W 49th Street.
Hialeah, Florida 33012
Telephone: (305) 687-8008
Facsimile: (305) 512-9701

By: /s/ Robert Sanchez
    ROBERT SANCHEZ
    FBN: 0442161