**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Jorge Romero  Case No. 11-31879-LMI
      Isabel Romero  Chapter 13

           Debtors    /

**OBJECTION TO CLAIM**

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

      **This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

      **If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

      **If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

      **The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

      301 North Miami Avenue, Room 150, Miami, FL 33128

      Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the [trustee][debtor(s)] object(s) to the following claim filed in this case *:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| ECF 21 | Miami-Dade County Tax Collector | $2,952.66 | On or about August 25, 2011, Creditor Miami-Dade County Tax Collector filed ECF 21 Notice of Additional Creditors |
| ECF 21 | #2218-Wells Fargo Bank OBO Tax Liens SE | $1,936.74 | with an amount of $1,936.74 and another for $1,015.92 for a property that |

LF-24 (rev. 12/01/09)  Παγε 1 οφ 2

| | | | |
|---|---|---|---|
| ECF 21 | #38589-TFLTC, LLC | $1,015.92 | was surrendered in the plan and was sold at a foreclosure sale on July 11, 2014. Debtors request that all claims be stricken and disallowed. |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was mailed this __3rd day of August, 2015 to: Marcus Saiz de la Mora, Tax Collector, 200 NW 2nd Avenue, Miami, FL 33128, Peter Cam, Assistant Tax Collector, 200 NW 2nd Avenue, Miami, FL 33128, Priscilla Windley, Paralegal Collection Specialist, Miami Dade Bankruptcy Unit, 140 West Flagler Street, Suite 1403, Miami, FL 33130-1575, #2218-Wells Fargo Bank OBO Tax Liens SE, P.O. Box 741307, Atlanta, GA 30384-1307, and #38589-TFLTC, LLC, 4401 Eastgate Mall, San Diego, CA 92121.

### CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully Submitted:

**Robert Sanchez, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008
Fax. 305-512-9701

By: /s/ Robert Sanchez_____
   [X]Robert Sanchez, Esq., FBN#0442161