UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:
Isabel Romero,                                CASE NO. 11-31879-LMI
                                              Chapter 13

　　　　Debtor
_____/

## NOTICE OF CHANGE OF ADDRESS OF CO-DEBTOR

Please take note of debtor's new street address as follows:

Isabel Romero
8001 NW 174 Terr.
Hialeah, FL 33015

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy was mailed to all parties on the attached mailing list.

Date: 9/1/2015

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez
　　Robert Sanchez, Esq.
　　FBN#0442161

Barclays Bank Delaware
POB 8803
Wilmington

Barclays Bank of Delaware
POB 8803
Wilmington, DE 19899-8803

Capital One
POB 30285
Salt Lake City, UT 84130-0285

Capital One
POB 30281
Salt Lake City, UT 84130-0281

Care Credit GE Money Bank
140 Wekiva Springs Road
Longwood, FL 32779

Chase Auto Finance
POB Box 901076
Fort Worth, TX 76101-2076

Chase Retail Loan
2810 Southampton Road
Philadelphia, PA 19154-1207

Coral Gate West Condominium Association
C/O Kaba, Moises P.A., Registered Agent
1840 West 49 Street Suite 100
Hialeah, FL 33012

Coral Gate West Condominium Association
C/O Kaba, Moises P.A. Registered Agent
1840 West 49 Street Suite 100
Hialeah, FL 33012

Direct Merchants Bank
POB 29468
Phoenix, AZ 85038-9468

Doctors Business Bureau
202 N Federal Hwy
Lake Worth, FL 33460-3438

Doctors Business Bureau
202 N Federal Hwy
Lake Worth, FL 33460-3438

GE Money Bank Rooms To Go
POB 981438
El Paso, TX 79998-1438

GE Money Bank/Calvary Portfolio Services
500 Summit Lake Drive
Valhalla, NY 10595

GMAC Mortgage
POB 9001719
Louisville, KY 40290-1719

GMAC Mortgage
POB 9001719
Louisville, KY 40290-1719

GMAC Mortgage LLC
POB 4622
Waterloo, IA 50704-4622

GMAC Mortgage LLC
POB 4622
Waterloo, IA 50704-4622

HSBC Card Services
Department 9600
Carol Stream, IL 60128-9600

HSBC Card Services
POB 5241
Carol Stream, IL 60197-5241

JPMorgan Chase
Legal Department
P.O. BOX 9622
Deerfield Beach, FL 33442

Juniper
P.O. BOX 13337
Philadelphia, PA 19101-3337

Lowes
POB 960010
Orlando, FL 32896-0010

LVNV Funding LLC
POB 10584
Greenville, SC 29603-0584

Midland Credit Management
8875 Aero Dr Ste 200
San Diego, CA 92123-2255

Midland Credit Management
8875 Aero Dr Ste 200
San Diego, CA 92123-2255

Nationstar Mortgage
POB 650783
Dallas, TX 75265

NCO Financial Group
507 Prudential Rd
Horsham, PA 190442308

NCO Financial Group
507 Prudential Rd
Horsham, PA 19044-2308

Nelnet
POB 82561
Lincoln, NE 68501-2561

Nelnet Loan Services
3015 S Parker Rd Ste 425
Aurora, CO 80014-2904

New York and Company
POB 659728
San Antonio, TX 78265-9728

Portfolio Recovery Assoc
Riverside Commerce Center
120 Corporate Blvd Ste 100
Norfolk, VA 23502-4962

Sears Gold M.C.
POB 6275
Sioux Falls, SD 57117

Space Coast
POB 822300
Pembroke Pines, FL 33082-2300

Target National Bank
POB 59317
Minneapolis, MN 55459-0317

The Home Depot
Processing Center
Des Moines, IA 50364-0050

US Small Business Administration
POB 740192
Atlanta, GA 30374-0192