UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number:   11-31879

JORGE ROMERO
ISABEL ROMERO
    Debtor
_____/

NOTICE OF WITHDRAWAL OF MOTION TO DISMISS

Nancy N Neidich, Standing Chapter 13 Trustee ("Trustee"), files this Notice of Withdrawal of her Motion to Dismiss as she received the required information

I hereby certify that a true and correct copy of the  was served through NEF on September 18, 2015 .

          Submitted by
          NANCY K NEIDICH, ESQUIRE
          STANDING CHAPTER 13 TRUSTEE

          AMY E. CARRINGTON, ESQUIRE
          FLORIDA BAR NO: 0101877
          P.O. BOX 279806
          MIRAMAR, FL 33027
          (954)  443-4402